**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erin Michelle Leach, | No. CV-19-05593-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court is Plaintiff's application for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (Doc. 22.) Plaintiff initially requested $11,809.80 in fees. In response, Defendant argues that this amount is unreasonable and also that it impermissibly includes $170 attributable to clerical tasks. (Doc. 25.) In her reply, Plaintiff maintains that the fees are reasonable, but agrees to reduce the requested fees by $170.[1] (Doc. 28.) The sole remaining dispute is whether the balance of the fees are reasonable.

On this issue, Defendant argues that the Court should discount the attorney's fees by 22 hours because the work performed by counsel was excessive in light of what he had already performed during the administrative proceedings. In particular, Defendant argues

---

[1] In her reply, Plaintiff claims that her initial application sought fees totaling $11,754.96, and that she agrees to reduce that amount by $170 to $11,584.96. (Doc. 28.) But this math is wrong. Plaintiff's initial application did not seek fees totaling $11,754.96; it sought fees totaling $11,809.80. (Docs. 22, 22-2.) $11,809.90 minus $170 equals $11,639.80.

that Plaintiff's counsel repurposed significant portions of his briefing from the administrative level and has not adequately explained why the opening brief required so much additional work to prepare. In response, Plaintiff's counsel explains that the record in this case was substantial and complex, and that it took time for counsel to refamiliarize himself with the case because the opening brief was filed roughly fourteen months after he filed his brief before the agency's Appeals Council.

The Court finds Plaintiff's counsel's explanation persuasive and finds further reductions in the fee award unwarranted. Accordingly,

**IT IS ORDERED** that Plaintiff's application for attorney's fees (Doc. 22) is **GRANTED**. The EAJA fees shall be paid to Plaintiff but delivered to Plaintiff's attorney. Pursuant to the EAJA, Plaintiff is awarded attorney's fees in the amount of **$11,639.80**. Under *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), EAJA fees awarded by this Court belong to Plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B).

Dated this 16th day of November, 2021.

Douglas L. Rayes
United States District Judge